1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

11    ROBERT L. COPE,                                    CASE NO. 09-CV-225-JM (WVG)

12                                    Plaintiff,        **ORDER ADOPTING REPORT AND RECOMMENDATION DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND GRANTING DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT**

13         vs.

14

15    MICHAEL J. ASTRUE, Commissioner of
      Social Security,

16
                                       Defendant.       Doc. Nos. 16, 18
17

18         On August 31, 2010, Magistrate Judge William V. Gallo entered a Report and

19    Recommendation in the above-entitled case that thoroughly and thoughtfully analyzed the

20    claims of both parties and recommended denying Plaintiff's motion for summary judgment and

21    granting Defendant's cross-motion for summary judgment. (Doc. No. 19.) Having carefully

22    considered the Report and Recommendation, the record before the court, and the appropriate

23    legal authorities, and in the absence of any objections to the Report and Recommendation, the

24    court hereby ADOPTS the Report and Recommendation in its entirety.

25    //

26    //

27    //

28    //

1    Accordingly, the court hereby DENIES Plaintiff's motion for summary judgment (Doc.

2  No. 16) and GRANTS Defendant's cross-motion for summary judgment (Doc. No. 18). The

3  Clerk of the Court is instructed to close the file.

4    **IT IS SO ORDERED.**

5  DATED:  September 23, 2010

6  _____

7  Hon. Jeffrey T. Miller
   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28