# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Robert L. Cope

V.

Michael J. Astrue

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   09cv225-JM(WVG)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the court hereby adopts the Report and Recommendation in its entirety. The Court hereby denies Plaintiff's motion for summary judgment  and grants Defendant's cross-motion for summary judgment . The Clerk of the Court is instructed to close the file ......................................................
..............................................................................................................................................................
..............................................................................................................

| September 23, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk

ENTERED ON September 23, 2010

09cv225-JM(WVG)